# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

DERWIN JONES #383247,

        Plaintiff,

   v.

SCOTT HOFTIEZER and
DR. DAVID BURNETT,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-294-bbc

---

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants with prejudice.

PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ M. Hardin
_____
by Deputy Clerk

_____5/12/09_____
Date